## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,                    *
Plaintiff                                     *
                                              *
v.s.                                          *
                                              *          CR. NO. 03:99CR125-018 (JAF)
JOSE GUTIERREZ-SANABRIA                        *
T/N: José Antonio Gutierrez-Sanabria          *
Defendant                                     *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  **  *

## ORDER

Upon a petition of Sandra Vélez-García,  U.S. Probation Officer of this Court, alleging that releasee, José Gutierrez-Sanabria, has failed to comply with the conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _____ 2007, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, José Gutierrez-Sanabria, and notify counsel for releasee and for the government with copy of this Order.  The same will be lodged as a detainer by the U.S. Marshal Service.

IT IS SO ORDERED

In San Juan, Puerto Rico, this     day of December, 2007.

_____
JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE