**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

      vs.                         Case Number: 03:99CR125-018 (JAF)

**JOSE GUTIERREZ-SANABRIA**
T/N: José Antonio Gutierrez-Sanabria

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO MOTION FILED ON DECEMBER 20TH, 2007**

**TO THE HONORABLE JOSE A. FUSTE**
**CHIEF U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW**, Sandra Vélez-García, United States Probation Officer of this Honorable Court, and respectfully informs as follows:

    1) On December 20th, 2007, a Motion Notifying Supervised Release Violation, Request for the Tolling of Supervision and Issuance of a Warrant was filed, informing the Court of the offender's involvement in a new federal drug offense.

    2) On January 10th, 2008, Mr. Gutierrez-Sanabria was brought before Honorable Camille L. Vélez-Rivé, United States Magistrate Judge, who found probable cause against him for violation of Title 21, <u>United States Code</u>,§952(a) and 841(a)(1) and Title 18, <u>United States Code</u>,§2 - Importation and Possession with Intent to Distribute more than ten (10) kilograms of cocaine. The offender was ordered detained without bail.

    3) Mr. Gutierrez-Sanabria was formally indicted under case number 08CR002-01 (JAF). The case was assigned to Your Honor for trial.

    4) On February 15, 2008, Your Honor ordered the issuance of a warrant for the offender's

arrest and set a final revocation hearing for February 20, 2008.

**Wherefore**, I declare under penalty of perjury that the foregoing is true and correct. It is respectfully requested that this information be included in the Motion filed on December 20th, 2007, and the Court consider the same during the Revocation Hearing. Thereupon, Mr. Gutierrez-Sanabria to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 19th day of February 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/Sandra Vélez-García
Sandra Vélez-García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECR system which will send notification of such filing to the following:

U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR  00918 and Federal Public Defender, 241 F.D. Roosevelt, El Patio Gallery Bldg., San Juan, PR.

At San Juan, Puerto Rico, February 19th, 2008.

S/Sandra Vélez-García
Sandra Vélez García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov