# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>Plaintiff [s], )<br>)<br>V )<br>)<br>JOSE GUTIERRES-SANABRIA )<br>)<br>Defendant [s], )<br>)<br>)<br>_____ / | **Case No.: 99-CR-125 [18](JAF)** |

## NOTICE OF APPEAL

**COMES NOW** the above named defendant –through counsel- and pursuant to Local Ruler 7.1 and FRPA 4 files the instant notice of appeal of revocation final judgment of this Court. In support the appearing defendant states and prays as follows:

1. The Court entered a final judgment of revocation in the instant case.
2. Given the final judgment of revocation the appearing defendant files the notice of appeal for said revocation.

WHEREFORE the appearing defendant respectfully prays for this Court to take notice of said notice of appeal.

Respectfully submitted,

*S./Lorenzo J. Palomares Starbuck*
Lorenzo J. Palomares-Starbuck, Esq
USDC#218107
Lorenzo Palomares,P.S.C.
Attorneys & Counselors at Law
500 Muñoz Rivera Ave, Centro 2, Suite 1402
San Juan, P.R.00918
Tel (787)753-7441
Fax (787)758-3331

## CERTIFICATE OF SERVICE

I certify that on this day the undersigned filed this notice of appearance with the Court's CF/ECM electronic filing system that will send to all counsels of record.

*S./Lorenzo J. Palomares, Esq.*