# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE THE HONORABLE JOSE A. FUSTE

| | |
|---|---|
| COURTROOM DEPUTY: Gladys Romañach | **DATE:** February 20, 2008 |
| COURT REPORTER: Amy Walker | **CR NO:** 99-125-18(JAF) |
| COURT INTERPRETER: Carlos Lao | **Probation Officer:** Sandra Velez |

==============================================================
**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | Carlos Cardona |
| vs. | |
| 18 - JOSE GUTIERREZ-SANABRIA | Lorenzo Palomares |

==============================================================

**CASE CALLED FOR REVOCATION HEARING**.

The defendant is present in court. He is __X__ under custody ____ on bond. The defendant has no evidence to rebut the evidence presented by the U.S. Probation Officer. Thus, the term of supervised release imposed on September 13, 2000 is hereby revoked.

IT IS THE JUDGMENT OF THE COURT as to violation(s) _new criminal drug offense._

Probation term: __n/a__
Imprisonment term for a total of __Five (5) years.__
Supervised release for a total term of __n/a.__
Fine: __n/a__   Special monetary assessment: __n/a__
Restitution: __n/a__
Forfeiture: __n/a__

__X__ All terms and conditions are specified in the judgment form.

                                          s/ *Gladys Romañach*
                                          Gladys Romañach
                                          Courtroom Deputy Clerk

Crim. 99-125-18(JAF)
February 20, 2008

==================================================================