**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v<br><br>JOSE GUTIERREZ-SANABRIA,<br>   *Defendant*. | CRIMINAL NO. 99-125 (JAF) |

**MOTION REQUESTING LEAVE TO WITHDRAW**

TO THE HONORABLE JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

     **COMES NOW,** the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, very respectfully states and prays as follows:

     1.    On February 19, 2008 the undersigned counsel filed a Notice of Appearance to represent defendant José Gutierrez-Sanabria*,* upon revocation proceedings**.**

     2.    On February 20, 2008, it was requested to this Honorable Court to withdraw our legal representation on behalf of defendant Gutiérrez-Sanabria due to conflicts of interest with Criminal Case No. 08-002 (JAF).

     3.    On the same date, a Revocation Hearing was held before this Honorable Court to which Attorney Lorenzo Palomares represented defendant Gutiérrez-Sanabria.

     4.    As such, it is respectfully requested that the Federal Public Defender be granted leave to withdraw as counsel in the above-captioned matter and that Attorney Lorenzo Palomares be forwarded all pertinent ECF filings and notifications henceforth.

**WHEREFORE**, it is respectfully requested that this Motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of February, 2008.

                                    JOSEPH C. LAWS, JR.
                                    Federal Public Defender

                                  S/Melanie Carrillo-Jimenez
                                  MELANIE CARRILLO-JIMENEZ
                                  Assistant Federal Public Defender
                                  USDC-PR   225107
                                  241 F.D. Roosevelt Avenue
                                  San Juan, PR  00918-2305
                                  Phone No. (787) 281-4922
                                  Melanie_Carrillo@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of February, 2008

                JOSEPH C. LAWS, JR.
                Federal Public Defender

                S/Melanie Carrillo-Jimenez
                MELANIE CARRILLO-JIMENEZ
                Assistant Federal Public Defender
                USDC-PR   225107
                241 F.D. Roosevelt Avenue
                San Juan, PR  00918-2305
                Phone No. (787) 281-4922
                Melanie_Carrillo@fd.org